

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

June 7, 2022

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *McDermott v. H. Justin Realty Services LLC,* 1:22-cv-03016 (RA)

Dear Judge Abrams:

We represent Plaintiff Matthew McDermott ("Plaintiff") in the above-captioned case. We write pursuant to Section 1.D of the Court's Individual Rules & Practices to respectfully request that the initial conference scheduled for June 17, 2022 be adjourned *sine die* as a result of defendant H. Justin Realty Services LLC ("Defendant")'s failure to appear. Plaintiff intends to file his motion for default judgment within 21 days. Plaintiff also respectfully requests that the related June 10 deadline to submit a joint letter and case management plan be adjourned.

(1)  the original date of the conference is June 17, 2022 and original date to submit the parties' joint letter and case management plan is June 10, 2022 [Dkt. No. 9];

(2)  no previous requests for adjournment have been made;

(3)  no previous requests were granted or denied;

(4)  Defendant has failed to appear and therefore neither consents to nor opposes the requested relief;

No other dates will be impacted by this request.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/08/2022